UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICTOF FLORIDA
MIAMI DIVISION

In re:                                                                 Case No.  16-12201-AJC

David Maya                                                       Chapter 13
SSN: XXX-XX-5568

_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, David Maya, (the "Debtor") by and through the undersigned counsel and pursuant to 11 U.S.C. § 1127(b) hereby files this Motion to Modify Chapter 13 Plan and in support thereof states:

1. The Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on February 17, 2016.

2. Debtor's First Amended Chapter 13 Plan was confirmed by Order of this Court on July 28, 2016 [DE 61].

3. The Debtor would like to modify his plan in order to pay the correct arrearages owed to his mortgage company and conform to the other provisions of his confirmed plan and pay 100% of the allowed unsecured debt via his Chapter 13 Plan.

4. The Debtor seeks this modification in good faith and submits that no parties in interest will be prejudiced by the requested relief.

5. Undersigned requests the sum of $500.00 to be paid via debtor's chapter 13 plan for filing and prosecuting the instant Motion and seeks approval of the fee pursuant to 11 U.S.C. §329 and Rule 2016 of the Federal Rules of Bankruptcy Procedures.

**WHEREFORE**, the Debtor respectfully requests that this court enter an order granting and approving the modification of debtor's Chapter 13 Plan.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that** a true and correct copy of the foregoing Motion to Modify Chapter 13 Plan was sent via CM/ECF to all parties eligible to receive electronic notice and via regular U.S. Mail to all parties on the attached matrix on this 21st day of November, 2016.

**MARRERO, CHAMIZO, MARCER, LAW L.P.**
Attorneys for Debtors
3850 Bird Road
Penthouse 1
Coral Gables, FL  33146
Tel: (786) 431-2770
Fax: (305) 444-5538
E-mail: bankruptcy@marrerorealestatelaw.com

By: /s/ Julio Marrero
    Julio Marrero, Esq.
    FBN: 784664

```
Label Matrix for local noticing         McCormick 110, LLC                        Ally Financial
113C-1                                   c/o Law Firm of Gary M. Singer, P.A.     PO Box 130424
Case 16-12201-AJC                        1391 Sawgrass Corporate Pkwy             Roseville, MN 55113-0004
Southern District of Florida             Sunrise, FL 33323-2889
Miami
Mon Nov 21 16:24:48 EST 2016

BSI Financial Services                   Office of the US Trustee                 State Farm Bank, FSB
POB 679002                               51 S.W. 1st Ave.                         Attn: Bankruptcy Dept.
Dallas, TX 75267-9002                    Suite 1204                               PO Box 2328
                                         Miami, FL 33130-1614                     Bloomington, IL 61702-2328


David Maya                               Julio C Marrero                          Nancy K. Neidich
20304 SW 124th Place                     3850 Bird Rd. PH 1                       www.ch13herkert.com
Miami, FL 33177-5231                     Coral Gables, FL 33146-1507              POB 279806
                                                                                  Miramar, FL 33027-9806
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                                 (u)McCormick 110 LLC                     (d)McCormick 110, LLC
                                                                                  c/o Law Firm of Gary M. Singer, P.A.
                                                                                  1391 Sawgrass Corporate Parkway
                                                                                  Sunrise, FL 33323-2889



End of Label Matrix
Mailable recipients     8
Bypassed recipients     3
Total                  11
```