**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ **4th** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **David Maya** | JOINT DEBTOR: | CASE NO.: **16-12201-AJC** |
| Last Four Digits of SS# **xxx-xx-5568** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A.   $ **1,537.38**   for months **01** to **09** ;
   B.   $ **3,795.27**   for months **10** to **10** ;
   C.   $ **1,225.88**   for months **11** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,000.00 ($3500 + $500M2Modify)**   TOTAL PAID $ **2,000.00**
   Balance Due  $ **2,000.00**   payable $ **133.33** /month (Months **01** to **09** )
                                  payable $ **800.00** /month (Months **10** to **10** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **BSI Financial Services**   Arrearage on Petition Date $ **52,442.46**
   Address: **1425 Greenway Drive; Suite 400; Irving, TX 75038**
   Arrears Payment $ **88.89** /month (Months **01** to **09** )
   Regular Payment $ **1,236.07** /month (Months **01** to **09** )
   Account No: **xx7311**

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. **-NONE-**   Total Due $
                Payable  $ _____ /month   (Months __ to __ )   Regular Payment $ _____

Unsecured Creditors: Pay $ **2,615.74** /month (Months **10** to **10** ).
                     Pay $ **1,103.29** /month (Months **11** to **60** ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Modification begins in month 10 which is December, 2016.

The Debtor surrenders all interest in the property located at 20304 SW 124th Place Miami, FL 33177 financed by BSI Financial Services, acct #7311.

The Debtor will modify the plan to increase the amounts to be paid to provide for 100% payment of all allowed unsecured debts.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Julio Marrero**
**Julio Marrero, Esq.**
Attorney for Debtor
Date: **December 27, 2016**