UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

**David Maya**

Case No.: **16-12201-AJC**
Chapter **13**

_____ Debtor _____/

## AGREED STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEBTOR

IT IS HEREBY STIPULATED AND AGREED that **Julio C. Marrero, Esq.**, of Marrero, Chamizo, Marcer Law, LP be substituted by **Robert Sanchez, Esq.**, of Robert Sanchez, PA as Counsel of record for Debtor(s), **David Maya**. That **Julio C. Marrero, Esq.** shall no longer represent nor have any responsibility to represent the Debtor, **David Maya** as of **February 1, 2017.**

Any money that is due under the last confirmed modified plan shall be payable to Julio C. Marrero, Esq., as part of this agreed stipulation.

That the Debtor herein consents to this Substitution of Counsel and by signing below, **Julio C. Marrero, Esq.** and **Robert Sanchez, Esq.** herein advise this Honorable Court that there is no objection to this substitution of counsel and all parties agree to this substitution of counsel.

All future pleadings, correspondence, and other paper directed to Debtor's counsel in this matter should be directed to:

Robert Sanchez P.A.
c/o Robert Sanchez Esq.
355 W 49th Street
Hialeah, Florida 33012
Tel. (305)687-8008 - Fax: (305)512-9701

Robert Sanchez P.A.
c/o Robert Sanchez Esq.
355 W 49th Street
Hialeah, Florida 33012
Tel. (305)687-8008 - Fax: (305)512-9701

By: _____
Robert Sanchez, Esq.
Florida Bar No.0442161

Marrero, Chamizo, Marcer Law, LP
3850 Bird Road, Suite 1001
Coral Gables, FL 33146
Tel: (305) 446-0163
Fax: (786) 735-0825

By: _____
Julio C. Marrero
Florida Bar No. 784664
bankruptcy@marrerolawfirm.com